FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 07CR 3428 JM |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 1544- |
| TERESA SEVILLA NAVARRO, ) | Misuse of Passport (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 24, 2007, within the Southern District of California, defendant TERESA SEVILLA NAVARRO, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Mercedes Galvan Do, a United States citizen, knowing full well that she was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 12/19/07.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml   12/19/07