AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

TERESA SEVILLA NAVARRO

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3428-JM



I, TERESA SEVILLA NAVARRO, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/20/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Teresa Sevilla*
TERESA SEVILLA NAVARRO
Defendant

*[signature]*
ELIZABETH A. MISSAKIAN
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER



FILED
DEC 2 0 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY