# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  07CR3428-JM
vs )  ABSTRACT OF ORDER
 )  Booking No. 06621298
Teresa Sevilla Navarro )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of  January 18, 2008
the Court entered the following order:

✓ Defendant be released from custody.
___ Defendant placed on supervised / unsupervised probation / supervised release.
___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
___ Defendant released on $_____ bond posted.
___ Defendant appeared in Court. FINGERPRINT & RELEASE.
___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
✓ Defendant sentenced to TIME SERVED, supervised release for 2 years.
___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.
___ Bench Warrant Recalled.
___ Defendant forfeited collateral.
___ Case Dismissed.
___ Defendant to be released to Pretrial Services for electronic monitoring.
___ Other._____

FILED
JAN 22 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR    Clerk
by
_____ Deputy Clerk

Crim-9  (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**